JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAIN EMERY CHAMBERLAIN,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 1:20-CV-00934-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from June 28, 2021 to July 28, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration.

1

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                              Respectfully submitted,

Dated: June 7, 2021       PENA & BROMBERG, ATTORNEYS AT LAW

                              By: */s/ Jonathan Omar Pena*
                                  JONATHAN OMAR PENA
                                  Attorneys for Plaintiff

Dated: June 7, 2021      PHILLIP A. TALBERT
                                  Acting United States Attorney
                                  DEBORAH LEE STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                              By:  */s/ Allison J. Cheung*
                                  Allison J. Cheung
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant
                                  (*As authorized by email on June 7, 2021)

**<u>ORDER</u>**

Pursuant to the stipulation of the parties (ECF No. 19), and finding good cause exists, IT IS ORDERED that Plaintiff shall file and serve an opening brief no later than July 28, 2021. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: __**June 8, 2021**__     /s/ *Erin P. Grosjean*
UNITED STATES MAGISTRATE JUDGE