PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4811
    Facsimile: (415) 744-0134
    E-Mail: allison.cheung@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| RAIN CHAMBERLAIN,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI[1],<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-00934-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended thirty (30) days from August 27, 2021, up to and including September 27, 2021. This is the parties' second request for an extension, as the parties' stipulated per the Scheduling Order (Dkt. No. 14) to extend Plaintiff's Opening Brief (Dkt. Nos. 19–20).

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

There is good cause for this request because counsel for Defendant is one of 27 attorneys in the Region IX Office of the General Counsel who handles civil litigation involving the Social Security program in eight assigned jurisdictions in five states or territories. Since Plaintiff filed the opening brief on July 28, 2021 (Dkt. No. 21), the undersigned has filed six merits briefs or stipulations for voluntary remand in district court cases. Region IX OGC management designates district court cases as 40% of the undersigned's workload, and an ordinary volume of district court merits briefs to meet that percentage would be three to four per month. As such, the current volume of merits brief deadlines is two to three times what is normal. Due to ongoing high volumes of cases in jurisdictions that the Region IX Office of the General Counsel handles, some cases have been transferred to other regional offices to allow the redistribution of work within the Region IX Office of the General Counsel. This case is one in which another regional office will draft the brief, and the undersigned, as counsel of record and Special Assistant U.S. Attorney in this jurisdiction, will review and finalize the brief for filing. As a result, the undersigned requests this extension to coordinate the brief draft, and to review and finalize it for filing.

In short, the undersigned has been diligently working through an unusual volume of litigation, and requests additional time to manage the brief in this matter.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  August 25, 2021                /s/  *Jonathan O. Peña**
                                       (*as authorized via e-mail on August 25, 2021)
                                       JONATHAN O. PENA
                                       Attorney for Plaintiff

| | |
|---|---|
| DATED: August 25, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| By: | /s/ *Allison J. Cheung*<br>ALLISON J. CHEUNG<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

**ORDER**

Pursuant to the parties' stipulation (ECF No. 22), IT IS ORDERED that Defendant shall respond to Plaintiff's opening brief no later than September 27, 2021. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:   **August 26, 2021**                    /s/ *Erica P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE